UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RUI HE, ET AL., | ) | CASE NO. 1:17CV2462 |
| | ) | |
| Plaintiffs, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| DAVOR ROM, ET AL., | ) | OPINION AND ORDER |
| | ) | |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J:**

This matter is before the Court on Plaintiffs' Motion to Dismiss their claims without prejudice. (ECF # 50).  On June 24, 2020, in light of Plaintiffs' Motion to Dismiss and Defendants' Opposition the Court determined it would grant the without prejudice dismissal of Plaintiffs' Complaint subject to Plaintiffs' acceptance of certain conditions.  These conditions include Plaintiffs' agreement to pay Defendants' Motion for Summary Judgment costs upon refiling and agreement that no further discovery would commence absent a showing of good cause by the Plaintiffs.  On  June 29, 2020, Plaintiffs filed their Notice of Agreement with the Terms of Dismissal (ECF # 53.).  Therefore, the Court grants Plaintiffs' Motion to Dismiss and dismisses the above-captioned case without prejudice.

IT IS SO ORDERED.


Date: July 4, 2020                    /s/Christopher A. Boyko
                                       CHRISTOPHER A. BOYKO
                                       Senior United States District Judge